UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MICHAEL KINSELLA o/b/o
PAMELA FILKINS,

               Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

               Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
APR 0 5 2007
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

Civil Action No. 06-1131
(NAM) (DRH)

**CONSENT ORDER TO
REMAND PURSUANT TO
SENTENCE 4 OF
42 U.S.C. § 405(g)**

This matter having been opened to the Court by GLENN T. SUDDABY, United States Attorney for the Northern District of New York, and John M. Kelly, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, Stephen J. Mastaitis, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this _5th_ day of _April_, 2007;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in

Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The undersigned hereby consent to the form and entry of the within order.

GLENN T. SUDDABY
United States Attorney

By: *John M. Kelly*
JOHN M. KELLY
Special Assistant U.S. Attorney
Bar No. 513801

STEPHEN J. MASTAITIS, P.C.

By: *Stephen J. Mastaitis*
STEPHEN J. MASTAITIS
Attorney for Plaintiff

IT IS SO ORDERED.

*Norman A. Mordue*
Norman A. Mordue
Chief Judge

Dated: April 5, 2007